**No. 45933.**—Protests 692063–G, etc., of O. Arnesen et al. (Seattle).

Opinion by KEEFE, J. On the records presented the protests were overruled.

**No. 45934.**—Protest 949780–G of Strachan Shipping Co. (Tampa).

Opinion by KEEFE, J. On the record presented the protest was overruled.

**No. 45935.**—Protest 954561–G of Conrad Botsch (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, MAY 26, 1941

**No. 45936.**—Protest 36648–K of T. H. Lung Co. (Boston).

Opinion by BROWN, J. In accordance with stipulation of counsel fish in lard similar to that the subject of Abstract 41801 was held dutiable at 25 percent under paragraph 718(b) as claimed.